NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NEOLOGY, INC.,**
*Appellant*

v.

**KAPSCH TRAFFICCOM IVHS INC., KAPSCH TRAFFICCOM HOLDING CORP.,**
*Appellees*

---

2017-1228, 2017-1229

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2015-00818, IPR2015-00819.

---

## JUDGMENT

---

ROBERT H. SLOSS, Procopio, Cory, Hargreaves and Savitch LLP, Palo Alto, CA, argued for appellant. Also represented by VICTOR FELIX, San Diego, CA.

NATHAN S. MAMMEN, Kirkland & Ellis LLP, Washington, DC, argued for appellees. Also represented by GREGG F. LoCASCIO.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (LOURIE, CLEVENGER, and STOLL, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


June 6, 2018                    /s/ Peter R. Marksteiner
Date                              Peter R. Marksteiner
                                  Clerk of Court